# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Troy S. Kane <br><br>       Debtor <br><br> BANK OF AMERICA, N.A. <br>       Movant <br>  vs. <br><br> Troy S. Kane <br>       Debtor <br><br> William C. Miller, Esquire <br>       Trustee | CHAPTER 13 <br><br><br><br> NO. 16-12176 ELF |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

 Kindly withdraw the Certification of Default of Stipulation of BANK OF AMERICA, N.A., which was filed with the Court on or about September 7, 2019 (Document No. 70).

               Respectfully submitted,

               **/s/ Rebecca A. Solarz, Esquire**
               Rebecca A. Solarz, Esquire
               KML Law Group, P.C.
               BNY Mellon Independence Center
               701 Market Street, Suite 5000
               Philadelphia, PA  19106
               215-627-1322

February 10, 2020