# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE: | Bankruptcy No. 15-16119-jfk |
|---|---|
| MARY ELLEN JONES, | Chapter 13 |
| Debtor/Plaintiff | Adversary Case No. 17-00111 |

### CERTIFICATE OF SERVICE OF THE MOTION TO WITHDRAW AS COUNSEL AND NOTICE OF HEARING

I, the under signed, certify under penalty of perjury that I am, and at all times hereinafter mentioned, was more than 18 years of age, and that on the 24th day of June, 2020, I served a copy of the Motion to Withdraw as Counsel upon the parties in interest in this proceeding, by first class U.S. Mail, postage prepaid, by electronic mail, and by UPS Ground at the following addresses:

**Sent via First Class U.S. Mail:**

| Mary Ellen Jones<br>228 S. 49th Street<br>Philadelphia, PA 19139 | Irwin Lee Trauss<br>Philadelphia Legal Services<br>718 Arch Street<br>Suite 300 N<br>Philadelphia, PA 19106 |
|---|---|

| Scott F. Waterman<br>Chapter 13 Trustee<br>2901 St. Lawrence Ave.<br>Suite 100<br>Reading, PA 19606 | Office of the U.S. Trustee<br>200 Chestnut Street<br>Suite 502<br>Philadelphia, PA 19106 |
|---|---|
| Mortgage Equity Conversion Asset Trust, et al. c/o servicer, Champion Mortgage Company<br>P.O. Box 619093<br>Dallas, TX 75261 | |

**Sent via Email to:**

Irwin Lee Trauss - itrauss@philalegal.org

Scott P. Ciupak - sciupak@rascrane.com

**Sent via UPS Ground:**

| Mortgage Equity Conversion Asset Trust, et al. c/o servicer, Champion Mortgage Company<br>8950 Cypress Waters Blvd.<br>Coppell, TX 75019 | Scott P. Ciupak<br>Managing Attorney – Bankruptcy Litigation<br>Robertson, Anschutz, Schneid & Crane LLC<br>10700 Abbott's Bridge Rd., Suite 170<br>Duluth, GA 30097 |

By:/s/ Keri P. Ebeck
Keri P. Ebeck, Esq.
PA I.D. # 91298
kebeck@bernsteinlaw.com
707 Grant Street
Suite 2200, Gulf Tower
Pittsburgh, PA 15219
(412) 456-8112
Fax: (412) 456-8135


By: /s/*Lara S. Martin*
Lara S. Martin, Esq.
PA I.D. # 307272
lmartin@bernsteinlaw.com
707 Grant Street
Suite 2200, Gulf Tower
Pittsburgh, PA 15219
Phone - (412) 456-8102
Fax - (412) 456-8135