UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| In re: | Bankruptcy 15-16119-jkf |
|---|---|
| Mary Ellen Jones, <br>         Debtor. | Chapter 13 |

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

**PLEASE TAKE NOTICE THAT** the undersigned counsel hereby appears on behalf of NATIONSTAR MORTGAGE LLC D/B/A CHAMPION MORTGAGE COMPANY ("Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned counsel and the following be added to the Court's Master Mailing List:

**BRANDON PACK, ESQ.**
**Robertson, Anschutz, Schneid & Crane LLC**
**10700 Abbott's Bridge Road, Suite 170**
**Duluth, GA 30097**

Robertson, Anschutz, Schneid & Crane LLC
Attorney for Secured Creditor
10700 Abbott's Bridge Road, Suite 170
Duluth, GA 30097
Telephone: 470-321-7112
Facsimile: 404-393-1425

By:  \S\Brandon Pack_____
   Brandon Pack, Esquire
   Pennsylvania Bar No. 311976
   Email: bpack@rasnj.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| In re: | Bankruptcy 15-16119-jkf |
|---|---|
| Mary Ellen Jones,  Debtor. | Chapter 13 |

CERTIFICATE OF SERVICE

    I certify under penalty of perjury that I served the above captioned pleadings at the addresses specified below on June 25, 2020.

    The types of service made on the parties were:

By First-Class Mail:

MARY ELLEN JONES
228 S. 49th Street
Philadelphia, PA 19139

And via electronic mail to:

IRWIN LEE TRAUSS
Philadelphia Legal Services
718 Arch Street, Suite 300 N
Philadelphia, PA 19106

SCOTT F. WATERMAN (Chapter 13)
Chapter 13 Trustee
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606

POLLY A. LANGDON
Office of Scott F. Waterman, Trustee
2901 St. Lawrence Avenue
Suite 100
Reading, PA 19606

UNITED STATES TRUSTEE
Office of the U.S. Trustee
833 Chestnut Street
Suite 500
Philadelphia, PA 19107

                                 Robertson, Anschutz, Schneid & Crane LLC
                                 Attorney for Secured Creditor
                                 10700 Abbott's Bridge Road, Suite 170
                                 Duluth, GA 30097
                                 Telephone: 470-321-7112
                                 Facsimile: 404-393-1425

                                 By:  \S\Brandon Pack_____
                                       Brandon Pack, Esquire
                                       Pennsylvania Bar No. 311976
                                       Email: bpack@rasnj.com